

No. 15–0087/MC.  U.S. v. Carlton Wilder, Jr.  CCA 201400118. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 29, 2014.

Tuesday, October 14, 2014

